In the Matter of the Claim of CHARLES W. FARR et al., Appellants. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— GIBSON, P. J.

Gibson, P. J., Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Gibson, P. J.